**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**
**CASE NO. 6:26-CR-60-1-REW-HAI**

**ELECTRONICALLY FILED**

UNITED STATES OF AMERICA, PLAINTIFF,

VS.

TERRY WESTON ROGERS, DEFENDANT.

**ORDER**

This matter having come before the Court on Defendant's Motion to Suppress, and the Court being fully and sufficiently advised,

IT IS HEREBY ORDERED that Defendant's Motion to Suppress is GRANTED, and that all evidence seized as a result of the February 25, 2026 search warrant, together with all fruits and derivative evidence thereof, is hereby SUPPRESSED.

Dated this the ______ day of ______________ 2026.

___________________________________
UNITED STATES DISTRICT JUDGE

DISTRIBUTION:

Justin Blankenship, AUSA

Paul K. Croley, II, Esq.