| | | |
|---|---|---|
| AOC-340 Doc. Code: SW<br>Rev. 9-20<br>Page 1 of 2<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>Ky. Const. Sect. 10; RCr 13.10 | **SEARCH WARRANT** | Case No. ____<br>Court Dist.<br>County Pike<br>Division ____ |

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:**

Proof by affidavit having this day been made before me by: Officer Amanda Moore

a peace officer of the Pikeville Police Department, that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; **you are commanded to make immediate search** of the premises known and numbered as:

Samsung Model: SM-S936U (Cellphone)

ENTERED
ANNA PINSON SPEARS
MAR 10 2026
PIKE CIRCUIT/DISTRICT COURT
BY

and more particularly described as follows:

Samsung Model: SM-S936U (Cellphone)
256GB
IMEI1: 352892774346120
IMEI2: 354096604346122
S/N: R5CY308Z1MB

and/or in a vehicle or vehicles described as:

N/A

and/or on the person or persons of:

N/A

**and seize the following described personal property:**

1. Information regarding the telephone number associated with the seized phone, its service provider and all data used by a service provider to identity the phone, including the phone's IMED, MAC, and other unique identifiers;2.) Evidence of other accounts associated with this device including email addresses, social media accounts, messaging "app" accounts, and other accounts that may be accessed through the digital device that will aid in determining the possessor/user of the device;3.) Evidence of use of the device to communicate with other individuals, via incoming or outgoing calls, chat sessions, instant messages, text messages, app communications, social media, SMS communications, and other similar digital communications.4.) Information that can be used to calculate the position of the phone during the above date range, including location data; cell tower usage; GPS satellite data; GPS coordinates for routes and destination queries between the above-listed dates; "app" data or usage information and related location information; and images created, accessed or modified between the above-listed dates, together with their metadata and EXIF tags; 5.) Evidence of the identity of the person in possession of the device on or about any times that items of evidentiary value (user attribution evidence), located pursuant to this warrant, were created modified, accessed, or otherwise manipulated. Such evidence may be found in digital communications, photos and video and associated metadata, phone logs, documents, social media activity, and electronically stored information from the digital device(s) necessary to understand how the digital device was used, the purpose of its use, who used it, and when; 6.) Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence, and/or evidence that any of the digital devices were attached to any other digital device(s); and 7. Evidence o counter-forensic programs (and associated data) that are designed to eliminate data from a digital device.

If you find the above-described property, or any part thereof, **you will seize the property and deliver it forthwith** to me or any other court in which the offense in respect to which the property or things taken is triable, **or retain it in your custody subject to order of said court**.

Date: 2-25, 2026.

[signature]
Judge's/Trial Commissioner's Signature

Robert F. Wright
Judge's/Trial Commissioner's Printed Name

Pike District Court

Executed this 26 day of Feb., 2026, by Officer Amanda Moore of the Pikeville Police Department, Badge No. 114, by searching said premises/vehicle/person(s) described herein and by seizing the following:

-Complete digital forensic download of the Samsung mobile device.

ENTERED
ANNA PINSON SPEARS
MAR 10 2026
PIKE CIRCUIT/DISTRICT COURT
BY [signature]

- 603,297 artifacts of Communication.
- 347,084 artifacts of Media.
- 317,161 Web related artifacts.
- 204,590 Application usage artifacts.
- 82,290 Refined result artifacts.
- 3,931 Email & Calender artifacts.
- 3,134 Document artifacts.
- 1,092 Custom artifacts.
- 788 location & travel artifacts.
- 407 Operating System artifacts.
- 331 Social networking artifacts.
- 135 Conneeted device artifacts.
- 66 Encryption & Credential artifacts.