UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:26-CR-60-REW-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| TERRY WESTON ROGERS, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Terry Weston Rogers, through counsel, moves to suppress evidence discovered from a search of a cellular phone conducted pursuant to a search warrant. *See* DE 26. Rogers also moves to continue the jury trial currently scheduled for September 2, 2026, and all associated pretrial deadlines, until the Court has ruled on the pending motion to suppress. *See* DE 27. The Court **ORDERS** the Government to respond, indicating whether it contests the timeliness of the suppression motion and its position on the continuance motion, by no later than August 18, 2026. The Court will then rule in the context of a full record, including setting a briefing schedule if apt.

This the 15th day of August, 2026.

**Signed By:**
***Robert E. Wier*** REW
**United States District Judge**