| | | |
|---|---|---|
| AOC-340 Doc. Code: SW<br>Rev. 9-20<br>Page 1 of 2<br>Commonwealth of Kentucky<br>Court of Justice www.courts.ky.gov<br>Ky. Const. Sect. 10; RCr 13.10 | **SEARCH WARRANT** | Case No. ______<br>Court Dist.<br>County Pike<br>Division ______ |

**TO ALL PEACE OFFICERS IN THE COMMONWEALTH OF KENTUCKY:**

Proof by affidavit having this day been made before me by: Officer Amanda Moore

a peace officer of the Pikeville Police Department, that there is probable and reasonable cause for the issuance of this Search Warrant as set out in the affidavit attached hereto and made a part hereof as if fully set forth herein; **you are commanded to make immediate search** of the premises known and numbered as:

Samsung Model: SM-S936U (Cellphone)

ENTERED
ANNA PINSON SPEARS
MAR 10 2026
PIKE CIRCUIT/DISTRICT COURT
BY

and more particularly described as follows:

Samsung Model: SM-S936U (Cellphone)
256GB
IMEI1: 352892774346120
IMEI2: 354096604346122
S/N: R5CY308Z1MB

and/or in a vehicle or vehicles described as:

N/A

and/or on the person or persons of:

N/A

**and seize the following described personal property:**

1. Information regarding the telephone number associated with the seized phone, its service provider and all data used by a service provider to identity the phone, including the phone's IMED, MAC, and other unique identifiers;2.) Evidence of other accounts associated with this device including email addresses, social media accounts, messaging "app" accounts, and other accounts that may be accessed through the digital device that will aid in determining the possessor/user of the device;3.) Evidence of use of the device to communicate with other individuals, via incoming or outgoing calls, chat sessions, instant messages, text messages, app communications, social media, SMS communications, and other similar digital communications.4.) Information that can be used to calculate the position of the phone during the above date range, including location data; cell tower usage; GPS satellite data; GPS coordinates for routes and destination queries between the above-listed dates; "app" data or usage information and related location information; and images created, accessed or modified between the above-listed dates, together with their metadata and EXIF tags; 5.) Evidence of the identity of the person in possession of the device on or about any times that items of evidentiary value (user attribution evidence), located pursuant to this warrant, were created modified, accessed, or otherwise manipulated. Such evidence may be found in digital communications, photos and video and associated metadata, phone logs, documents, social media activity, and electronically stored information from the digital device(s) necessary to understand how the digital device was used, the purpose of its use, who used it, and when; 6.) Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence, and/or evidence that any of the digital devices were attached to any other digital device(s); and 7. Evidence o counter-forensic programs (and associated data) that are designed to eliminate data from a digital device.

If you find the above-described property, or any part thereof, **you will seize the property and deliver it forthwith** to me or any other court in which the offense in respect to which the property or things taken is triable, **or retain it in your custody subject to order of said court**.

Date: 2-25, 2026.

[signature]
Judge's/Trial Commissioner's Signature

Robert F. Wright
Judge's/Trial Commissioner's Printed Name

Pike District Court

Executed this 26 day of Feb., 2026, by Officer Amanda Moore of the Pikeville Police Department, Badge No. 114, by searching said premises/vehicle/person(s) described herein and by seizing the following:

- Complete digital forensic download of the Samsung mobile device.
- 603,297 artifacts of Communication.
- 347,084 artifacts of Media.
- 317,161 Web related artifacts.
- 204,590 Application usage artifacts.
- 82,290 Refined result artifacts.
- 3,931 Email & Calender artifacts.
- 3,134 Document artifacts.
- 1,092 Custom artifacts.
- 788 location & travel artifacts.
- 407 Operating System artifacts.
- 331 Social networking artifacts.
- 135 Conneeted device artifacts.
- 66 Encryption & Credential artifacts.

ENTERED
ANNA PINSON SPEARS
MAR 10 2026
PIKE CIRCUIT/DISTRICT COURT
BY [initials]

Commonwealth of Kentucky
Court of Justice www.courts.ky.gov
Ky Const. Section 10; RCr 2.02
RCr 13.10

# AFFIDAVIT FOR SEARCH WARRANT

Case No. ____________
Court Dist
County Pike
Division ____________

**Affiant,** Officer Amanda Moore, a peace officer of the Pikeville Police Department, being first duly sworn, states he/she has, and there is reasonable and probable grounds to believe, and **Affiant** does believe, there is now on the premises known and numbered as:

Samsung Model: SM-S936U (Cellphone)

and more particularly described as follows:

Samsung Model: SM-S936U (Cellphone)
256GB
IMEI1: 352892774346120
IMEI2: 354096604346122
S/N: R5CY308Z1MB

ENTERED
ANNA PINSON SPEARS
MAR 10 2026
PIKE CIRCUIT/DISTRICT COURT
BY__________D.C.

and/or in a vehicle or vehicles described as:

N/A

and/or on the person or persons of:

N/A

the following described personal property, to wit:

1. Information regarding the telephone number associated with the seized phone, its service provider and all data used by a service provider to identity the phone, including the phone's IMED, MAC, and other unique identifiers;
2. Evidence of other accounts associated with this device including email addresses, social media accounts, messaging "app" accounts, and other accounts that may be accessed through the digital device that will aid in determining the possessor/user of the device;
3. Evidence of use of the device to communicate with other individuals, via incoming or outgoing calls, chat sessions, instant messages, text messages, app communications, social media, SMS communications, and other similar digital communications.
4. Information that can be used to calculate the position of the phone during the above date range, including location data; cell tower usage; GPS satellite data; GPS coordinates for routes and destination queries between the above-listed dates; "app" data or usage information and related location information; and images created, accessed or modified between the above-listed dates, together with their metadata and EXIF tags;
5. Evidence of the identity of the person in possession of the device on or about any times that items of evidentiary value (user attribution evidence), located pursuant to this warrant, were created modified, accessed, or otherwise manipulated. Such evidence may be found in digital communications, photos and video and associated metadata, phone logs, documents, social media activity, and electronically stored information from the digital device(s) necessary to understand how the digital device was used, the purpose of its use, who used it, and when;
6. Evidence of the attachment to the digital device(s) of other storage devices or similar containers for electronic evidence, and/or evidence that any of the digital devices were attached to any other digital device(s); and 7. Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from a digital device.

Affiant believes and states there is probable and reasonable cause to believe said property constitutes: *(check appropriate box or boxes)*:

- ☐ stolen or embezzled property;
- ☐ property or things used as means of committing a crime;
- ☐ property or things in possession of a person who intends to use it as a means of committing a crime;
- ☐ property or things in possession of a person to whom it was delivered for the purpose of concealing it or preventing its discovery and which is intended to be used as a means of committing a crime;
- ☑ property or things consisting of evidence which tends to show a crime has been committed or a particular person has committed a crime;
- ☐ Other ______________________________________________

**Affiant** has been an officer in the aforementioned agency for a period of 6 years and 4 months. The information and observations contained herein were received and made in his/her capacity as an officer thereof. On February 25th, 2026, at approximately 2:30 ☐ a.m. ☑ p.m., **Affiant** received information from/observed:

On 2-10-2026, I received a call from a female identified as Sara Gooch. Gooch stated that at 2:20am on 2-10-2026, she received a call from a blocked number, that lasted approximately two minutes. The male knew her first and last name, he stated that his name was Matthew. The male went silent and Gooch asked if he was still there, the male acknowledged her and when she asked why he was calling, the male disconnected the call. Gooch is a Realtor in Tennessee and has access to mobile applications, she was able to identify the number that called, (606)434-7307 and it was registered to Terry Weston Rogers, of Pikeville, Kentucky.

ENTERED
ANNA PINSON SPEARS
MAR 10 2026
PIKE CIRCUIT/DISTRICT COURT
BY ______ D.C

Acting on the information received, **Affiant** conducted the following independent investigation:

After speaking with Gooch, she provided me with screenshots of the Mobile applications she used to identify Rogers. I located a citation issued by Kentucky State Police (Post 9) in reference to a similar complaint on 12-29-25. Rogers had contacted a Realtor from Washington State and made threats to kill her family. Rogers was interviewed on Body Worn Camera, Rogers stated that he was extremely intoxicated and remembers calling the female. Rogers stated that he possibly got her number from a Realtor page, Rogers stated he remembered the conversation being in a playful, perverted manner.

Both victims are Realtors, have Law Enforcement spouses and strong ties to Law Enforcement. Gooch is also a Homes for Heros Real Estate Specialist in Tennessee.

The Phone number that contacted Gooch, (606) 434-7307 was confirmed through the Mobile Application used by Pikeville Police Department. The Phone number was registered to Terry Weston Rogers.

On 2-25-26, I made contact with Rogers at the RV park, in Ramsey Trailer Park located in Coal Run Village, Pikeville, Kentucky. Rogers stated " I don't know", I'm not admitting to anything, but it's weird".

**Affiant** has reasonable and probable cause to believe, and believes, grounds exist for issuance of a Search Warrant based on the aforementioned facts, information and circumstances and **prays a Search Warrant be issued**, that the property (or any part thereof) be seized and brought before any Court and/or retained subject to order of said Court.

Amanda Moore
**Officer**

Subscribed and sworn to before me ❑ in my presence ❑ via oral communication on this the 25th day of Feb., 2026, at 3:30 ❑ a.m. ☒ p.m.

[signature], Judge
Judge or Official authorized to administer oaths pursuant to RCr 2.02 for the swearing of Complaints

Pike District Court
Title (If a Notary Public, my Commission expires: N/A)