Agency: Pikeville Police Department

Case Number: 202600001884

Date: 03/02/2026

I, Zachery Hall, am employed as the Digital Forensic Analyst with the Pikeville Police Department. This statement is made in reference to case number 202600001884.

On 02/25/26 at approximately 1407 hours, I was informed that I would be performing an extraction on Terry Roger's phone regarding case number 202600001324 pending the search warrant. At 1604 hours of the same day, Detective Hobson and Patrolman Moore provided me with the search warrant to begin the extraction.

On 02/26/26 at approximately 1345 hours, the data extraction and case compilation were completed for me to begin examining the data. While looking through the data, I noticed all the call logs between April of 2025, and February of 2026 were missing. Using the training I have received on the forensic software, I went to the media section to see if I could find snippets of the calls happening that the phone would take in the background and be cached. At roughly 1433 hours, while looking through the evidence I found for case 202600001324 and tagging it, I found the first of the CSAM material. I used the provided navigation in the file system extracted from the phone to direct to me the "./Trash" file path on the phone, where all the screenshots were together.

This statement is true and accurate to the best of my knowledge.

Signature: Zachery Hall

Date: 3/2/26